**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-41536

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

ROY ANTHONY JAMES,

Defendant-Appellant.

Appeal from the United States District Court
For the Southern District of Texas
(B-97-CR-295-1)
February 11, 1999

Before GARWOOD, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs of the parties, we are persuaded that the district court committed no reversible error. Even if the district court erred in advising petitioner at the Rule 11 hearing with respect to the minimum and maximum sentence he faced, such error was harmless because this advice did not affect his decision to plead guilty. Accordingly, the judgment of conviction is

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.